# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RUDOLPH A. BUCKLEY, M.D.**,

    Plaintiff,
vs.                              **CASE NUMBER:**    6:10-CV-0974

**SLOCUM DICKSON MEDICAL GROUP, PLLC**, as successor in interest to Slocum Dickson Medical Group, P.C.,

    Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that

    1.  The Second and Third Causes of Action are dismissed;

    2.  Defendant's Counterclaims are dismissed;

    3.  Judgment is entered in favor of the plaintiff Rudolph A. Buckley, M.D., and against the defendant Slocum Dickson Medical Group, PLLC, on the First Cause of Action in the sum of $666,455.54;

    4.  All of the above pursuant to the April 23, 2013, Memorandum–Decision and Order and the September 5, 2013, Order of the Honorable Judge DAVID N. HURD.

DATED: September 5, 2013

                                                      Clerk of Court

                                                      By:  Christine Mergenthaler

entered and served                               Deputy Clerk
9/5/13 - cm